UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| H. WAYNE MEACHUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:16-CV-3045-G (BF) |
| BANK OF NEW YORK MELLON | ) |
| TRUST CO., N.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney. The plaintiff filed objections, and the defendant filed a response. The court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled.

It is therefore **ORDERED** that Bank of New York Mellon Trust Company, N.A.'s motion to dismiss plaintiff's amended complaint (docket entry 19) is **GRANTED**.

September 27, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**