UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| H. WAYNE MEACHUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:16-CV-3045-G (BF) |
| BANK OF NEW YORK MELLON | ) |
| TRUST CO., N.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Bank of New York Mellon Trust Company, N.A.'s motion for default judgment against counter-defendant H. Wayne Meachum (docket entry 11) is **DENIED** without prejudice.

September 27, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**