UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| H. WAYNE MEACHUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:16-CV-3045-G (BF) |
| BANK OF NEW YORK MELLON ) | |
| TRUST CO., N.A., ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Bank of New York Mellon Trust Company, N.A.'s motion for sanctions pursuant to Federal Rule of Civil Procedure 11 (docket entry 25) is **DENIED** without prejudice.

October 25, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**